eration or decision of these petitions.

No. 93–2052. ALBRECHT ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 93–9512. HANH LE *v.* E. I. DU PONT DE NEMOURS & CO., INC., ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 94–134. SAWTELL *v.* E. I. DU PONT DE NEMOURS & CO., INC. C. A. 10th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 94–239. VOAKES *v.* AT&T COMMUNICATIONS, INC., ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 93–1971. FITCH ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA (FIRST INTERSTATE BANK OF ARIZONA ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Motion of Chuck Walker et al. for leave to intervene denied. Certiorari denied.

No. 93–1993. WELLS FARGO & CO. ET AL. *v.* GREENWALD ET AL. C. A. 9th Cir. Motions of American Bankers Association and American Electronics Association et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 93–1995. ANR PIPELINE CO. ET AL. *v.* DIRECTOR OF PROPERTY VALUATION, KANSAS DEPARTMENT OF REVENUE. Sup. Ct. Kan. Motions of Committee on State Taxation, Interstate Natural Gas Association of America, and Western Resources, Inc., et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.